COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

FILED
U.S. District Court
District of Kansas

Date: 3/3/2023

MAR 3 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

United States of America,

  Plaintiff,

v.

Alexas Davis,

  Defendant.

Case No. 23-6052-01-GEB

JUDGE: ☒ Birzer  ☐ Gale
DEPUTY CLERK: ☒ Anderson  ☐ Carter
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez
  ☐ Ping ☐ Rivera ☐ Vilaythong
  ☐ Sworn

AUSA: Molly Gordon
DEFENSE COUNSEL: Lynn Burke
TAPE NO.: 1:37 - 1:47

## PROCEEDINGS

☐ Initial Appearance                ☐ Detention Hearing              ☐ Bond Rev. Hrg
☒ Initial Rule 5(c)(3)              ☐ Preliminary Hearing            ☐ Pretrial Conference
☐ Sentencing                        ☐ Change of Plea
☐ In-Court Hearing: _____
☐ Arraignment    ☐ Reading waived    ☐ Read to Defendant              ☐ Not Guilty Plea Entered

☐ Complaint  ☒ Indictment (Dist. NE)  ☐ Information  ☐ Pet. Revoke Supervision  ☒ No. Counts: 1  ☒ Forfeiture
☒ Felony     ☐ Misdemeanor
☒ Charges/Viols. and penalties explained to Defendant
☒ Constitutional rights explained
☒ Defendant affirmation/sworn       ☒ Examined re: financial status    ☒ Counsel appointed
☐ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule  ☐ 20  ☐ 5(c)(3)  ☐ Transfer to: _____
☐ Signed Wvr Ind  ☐ Signed Consent to MJ  ☐ Petition to Plea filed  ☐ Plea Agmt filed  ☐ PSI ordered

☐ Release ordered                    ☐ Bond fixed at: $ _____        ☐ Continued on present bond/conditions
☐ Oral Motion for temp. det.; granted  ☐ Detention ordered              ☒ Remanded to custody

☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Oral Motion by Government for detention is  ☐ granted.  ☐ denied.  ☐ withdrawn.  ☐ taken under advisement.
☐ Oral Motion by Defendant to continue detention and preliminary hearing is ☐ granted.  ☐ denied.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to an identity hearing. The Court accepted the waiver and found Defendant to be the person named. Defendant waived the right to a detention hearing in the District of Kansas. The Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

Defendant's next appearance:  ☐ as directed before Judge _____
  ☐ per the Scheduling Order of Judge _____
  ☒ on 3/6/2023 at 1:30  ☐ a.m. ☒ p.m. before Judge Birzer (326)
  for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☒ initial appearance

NOTES: The initial appearance was continued, upon the Court's direction, to allow counsel additional time to discuss the charges and penalties with the Defendant.